No. 45551.—Protests 49787–K, etc., of Brody & Co. et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 45552.—Protests 50618–K, etc., of Pietro Diero et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, MARCH 20, 1941

No. 45553.—Protest 836434–G of Bernard D'Ugo (New York).

Opinion by BROWN, J. On the record presented the protest was overruled.

No. 45554.—Protests 18970–K, etc., of Atlantic & Pacific Packing Co., Inc., et al. (New York).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.